

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00118-CR

Stephen G. **VIDALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR7839
Honorable Raymond Angelini, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 9, 2014.

_____
Marialyn Barnard, Justice